### IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| New Kensington-Arnold<br>School District, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 1243 C.D. 2015 |
| | : | |
| New Kensington-Arnold | : | |
| Education-Association, PSEA/NEA | : | |

## **O R D E R**

NOW, July 22, 2016, upon consideration of appellant's application for reargument or rehearing en banc and appellees' answers in response thereto, the application is denied.

_____

MARY HANNAH LEAVITT,<br>President Judge
